IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBIN CRUCE | ) |
| | ) |
| v. | ) NO. 3-12-1099 |
| | ) JUDGE CAMPBELL |
| BOUMA CONSTRUCTION, INC. | ) |

ORDER

Pending before the Court is a Joint Motion to Consolidate (Docket No. 8), asking the Court to consolidate this case with the related case of *Cruce v. Bouma Construction, Inc.*, Case Number 3-12-1127 pending before Judge Kevin H. Sharp.

The Motion to Consolidate is GRANTED, and Judge Sharp may transfer his case to this Court. The Consolidated Case is referred to Magistrate Judge Knowles for customized case management in accordance with Docket No. 4 in this action.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE