# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROBIN CRUCE and JOSEPH J. CRUCE, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) Case No. 3:12-1099 <br> v. ) JUDGE CAMPBELL <br> ) <br> BOUMA CONSTRUCTION, INC. ) <br> ) <br> Defendant. ) <br> ) | |

## CONSENT ORDER SUBSTITUTING NAME
## OF PROPER PARTY DEFENDANT

Before the Court is the agreement of the parties that the cause should be dismissed as to Bouma Construction, Inc. and that The Bouma Corporation should be substituted as the sole defendant.

IT IS, THEREFORE, hereby ordered that Bouma Construction, Inc. be voluntarily dismissed without prejudice and that The Bouma Corporation be substituted as the proper name of the defendant in the cause. The style of the case shall be amended to include the proper name of the defendant henceforward; the original Complaints, the Answers thereto previously filed on behalf of "Bouma," and the Scheduling Order previously entered in the cause shall remain in full force and effect.

IT IS SO ORDERED this ____ day of _____, 2013.

_____
UNITED STATES MAGISTRATE JUDGE