UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBIN CRUCE ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-cv-1099 |
| ) | Judge CAMPBELL |
| v. ) | |
| ) | |
| BOUMA CONSTRUCTION, INC. ) | |
| ) | |
| Defendant. ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on July 3, 2013.

KEITH THROCKMORTON, CLERK

s/ Leathelia Fernandez Allen
Deputy Clerk